DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JAMES A. SCHARF (CABN 152171)
Assistant United States Attorney

    U.S. Attorney's Office/Civil Division
    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5044
    FAX: (408) 535-5081
    james.scharf@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARLEEN ASHWORTH, | CASE NO. 20-00142-BLF |
| Plaintiff, | STIPULATION AND [PROPOSED] SCHEDULING ORDER |
| v. | |
| ALEX M. AZAR, | |
| Defendant. | |

Whereas, Plaintiff, proceeding pro se, filed her Complaint on January 7, 2020. Plaintiff served the United States Attorney's Office with the summons and complaint on January 9, 2020. Plaintiff's Complaint seeks review of a Medicare Appeals Council decision denying Plaintiff's request for reimbursement of $35,153.38 due to alleged financial hardship.

Whereas, on January 7, 2020, the Court issued a Scheduling Order (Social Security Review Action). Pursuant to that Order: Defendant shall serve and file an answer, together with a certified copy of the transcript of the administrative record, within 90 days of receipt of service of the summons and complaint (i.e., by April 6, 2020). Plaintiff shall serve and file a motion for summary judgment or for remand within 28 days of service of defendant's answer. Defendant shall serve and file any opposition

or counter-motion within 28 days of service of plaintiff's motion. Plaintiff may serve and file a reply within 14 days of service of defendant's opposition or counter-motion. Unless the Court orders otherwise, upon conclusion of this briefing schedule, the matter will be deemed submitted for decision without oral argument. Although this is a Medicare review action rather than a Social Security review action, the conceptual framework of the Scheduling Order is applicable, except Defendant requires additional time to obtain a certified copy of the administrative record, and Plaintiff requires additional time to file a motion for summary judgment or for remand.

Whereas, defense counsel has requested a certified copy of the administrative record. Defense counsel is informed and believes that, due to the administrative backlog, the certified copy of the administrative record will be shipped to agency counsel on or about April 24, 2020.

To afford Defendant sufficient time to obtain a certified copy of the administrative record and to file an answer and Plaintiff sufficient time to file a motion for summary judgment or for remand, the parties respectfully request the Court to modify the Scheduling Order as set forth in the Proposed Scheduling Order below.

DATED: March 9, 2020                Respectfully submitted,


                                    /s/
                                    MARLENE ASHWORTH
                                    Plaintiff


DATED: March 9, 2020                DAVID L. ANDERSON
                                    United States Attorney



                                    /s/
                                    JAMES A. SCHARF
                                    Assistant United States Attorney
                                    Attorneys for Defendant

| | |
|---|---|
| 1 | **[PROPOSED] SCHEDULING ORDER** |
| 2 | Pursuant to the stipulation of the parties, and for good cause, the Court modifies the January 7, 2020 Scheduling Order as follows: |

1. Defendant shall serve and file an answer, together with a certified copy of the transcript of the administrative record, by June 5, 2020.
2. Plaintiff shall serve and file a motion for summary judgment or for remand by July 31, 2020.
3. Defendant shall serve and file any opposition or counter-motion by August 28, 2020.
4. Plaintiff may serve and file a reply by September 14, 2020.
5. Unless the Court orders otherwise, upon conclusion of this briefing schedule, the matter will be deemed submitted for decision without oral argument.

**IT IS SO ORDERED.**

Dated: March 9, 2020

_____
BETH LABSON FREEMAN
United States District Judge

STIPULATION AND SCHEDULING ORDER
CASE NO. 20-00142-BLF                3

**[PROPOSED] SCHEDULING ORDER**

Pursuant to the stipulation of the parties, and for good cause, the Court modifies the January 7, 2020 Scheduling Order as follows:

1. Defendant shall serve and file an answer, together with a certified copy of the transcript of the administrative record, by June 5, 2020.
2. Plaintiff shall serve and file a motion for summary judgment or for remand by July 31, 2020.
3. Defendant shall serve and file any opposition or counter-motion by August 28, 2020.
4. Plaintiff may serve and file a reply by September 14, 2020.
5. Unless the Court orders otherwise, upon conclusion of this briefing schedule, the matter will be deemed submitted for decision without oral argument.

**IT IS SO ORDERED.**

Dated: March 9, 2020

_____
BETH LABSON FREEMAN
United States District Judge